```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 39877
   DION M REED
                                             CHAPTER 13

                                             JUDGE: A BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-4773


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/27/2004 and was confirmed 01/04/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
FORD MOTOR CREDIT       SECURED              4275.00       2027.73       4275.00
FORD MOTOR CREDIT       SPECIAL CLASS        2210.32        187.73           .00
CAPITAL FIRST BANK      UNSECURED           NOT FILED         .00            .00
CITY OF CHICAGO PARKING UNSECURED            1470.00          .00            .00
EVERGREEN MED SPECIALIST UNSECURED          NOT FILED         .00            .00
MEDICAL COLLECTIONS SYST UNSECURED          NOT FILED         .00            .00
HSBC TAXPAYER FINANCIAL UNSECURED            2822.14          .00            .00
MEDICAL COLLECTIONS SYST UNSECURED          NOT FILED         .00            .00
MEDICAL PAYMENT DATA    UNSECURED           NOT FILED         .00            .00
MEDICAL PAYMENT DATA    UNSECURED           NOT FILED         .00            .00
OSCAR HINOLAWA          UNSECURED           NOT FILED         .00            .00
NEAL FELD               DEBTOR ATTY          2,000.00                     2,000.00
TOM VAUGHN              TRUSTEE                                             509.86
DEBTOR REFUND           REFUND                                                 .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              9,000.32

PRIORITY                                           .00
SECURED                                       4,275.00
    INTEREST                                  2,027.73
UNSECURED                                          .00
    INTEREST                                    187.73
ADMINISTRATIVE                                2,000.00
TRUSTEE COMPENSATION                            509.86
DEBTOR REFUND                                      .00
                     --------------        --------------
TOTALS               9,000.32                 9,000.32

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 39877 DION M REED
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE